# ELECTRONIC RECORD

COA #   12-13-00193-CR                          OFFENSE:  38.04

STYLE:  John Gee Washam v. The State of Texas          COUNTY:  Smith

COA DISPOSITION:   AFFIRMED                 TRIAL COURT:  7th District Court

DATE: 07/23/2014          Publish: NO   TC CASE #:   007-1332-12

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  John Gee Washam v. The State of Texas          CCA #:   1020-14

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: ___JANUARY 28, 2015___          SIGNED: _____   PC: _____

JUDGE: ___Per Curiam___          PUBLISH: _____   DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD